

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

June 20, 2014

ALL COUNSEL OF RECORD

    Re:  <u>Malibu Media v. John Doe Subscribers - 14-223 MJG; 14-257 RWT; and 14-263 PWG</u>

Dear Counsel:

    The Court shall hold a hearing on the pending motions in the above-captioned cases on Wednesday, July 30, 2014 at 2:15 p.m. ET in Courtroom 5C, United States District Court, 101 W. Lombard Street, Baltimore, Maryland.  Judges Titus, Grimm, and Garbis will jointly preside over the hearing.

    Although informal, this letter constitutes an Order of the Court.

                                                   Yours truly,

                                              _____/s/_____
                                              Marvin J. Garbis
                                   United States District Judge

cc:  Clerk
     Judge Paul W. Grimm
     Judge Roger W. Titus